UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOOT LOCKER RETAIL, INC., a New York Corporation,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00433-MCE-KJN<br><br>District Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge:　Hon. Kendall J. Newman<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:　March 15, 2021<br>Current response date: May 3, 2021<br>New response date: May 18, 2021 |

## **ORDER**

The Court, having reviewed the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

1.　Foot Locker Retail, Inc. will file its response to the Complaint in this action on or before May 18, 2021.

IT IS SO ORDERED.

Dated:　May 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE