UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>FOOT LOCKER RETAIL, INC., a New York Corporation,<br><br>    Defendant. | Case No. 2:21-cv-00433-MCE-KJN<br><br>District Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Kendall J. Newman<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY COMPLETION DEADLINE**<br><br>Complaint served:        March 15, 2021<br>Current discovery cutoff:   May 18, 2022<br>New discovery cutoff:     February 23, 2023 |

## **ORDER**

The Court, having reviewed the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

1. The deadline to complete all discovery in this action, currently May 18, 2022, is extended to February 18, 2023.

IT IS SO ORDERED.

Dated: May 31, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE