UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | No. 2:21-cv-00433-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| FOOT LOCKER RETAIL, INC., a New York corporation, | |
| Defendant. | |

In light of the parties' Notice of Settlement and Request to Vacate All Currently Set Dates, ECF No. 20, the Court hereby VACATES all currently set dates. The parties are ordered to file a Joint Stipulation of Dismissal not later than sixty (60) days after the issuance of this Order.

IT IS SO ORDERED.

Dated: August 22, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE